**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: DIANE M. DERR  
4531 LONGMEADOW LANE  SSN-xxx-xx-2536  
ROCKFORD, IL  61108  

Case Number: 05-76232

Case filed on: 10/12/2005  
Plan Confirmed on: 3/3/2006  

D Dismissed

Total funds received and disbursed pursuant to the plan: $14,950.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BARRICK SWITZER LONG BALSLEY & VAN EVERA | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
|  | Total Legal | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
| 999 | DIANE M. DERR | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CENTRIX FINANCIAL LLC | 14,729.35 | 10,000.00 | 7,799.88 | 1,110.46 |
| 002 | COUNTRYWIDE HOME LOANS | 2,582.00 | 2,582.00 | 1,849.74 | 0.00 |
| 003 | HEIGHTS FINANCE | 2,000.00 | 1,500.00 | 1,169.98 | 166.57 |
| 004 | HEIGHTS FINANCE | 1,122.45 | 500.00 | 389.99 | 55.50 |
| 005 | CENTRIX FINANCIAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 20,433.80 | 14,582.00 | 11,209.59 | 1,332.53 |
| 001 | CENTRIX FINANCIAL LLC | 0.00 | 4,729.35 | 0.00 | 0.00 |
| 003 | HEIGHTS FINANCE | 2,049.39 | 2,549.39 | 0.00 | 0.00 |
| 004 | HEIGHTS FINANCE | 0.00 | 622.45 | 0.00 | 0.00 |
|  | Total Unsecured | 2,049.39 | 7,901.19 | 0.00 | 0.00 |
|  | Grand Total: | 23,983.19 | 23,983.19 | 12,709.59 | 1,332.53 |

Total Paid Claimant:     $14,042.12  
Trustee Allowance:     $907.88  
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008         By  /s/Heather M. Fagan